UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF LOUISIANA

| | | |
|---|---|---|
| KEVIN BEAUREGARD | * | CIVIL ACTION |
| | * | |
| | * | NUMBER 21-cv-0868 |
| VERSUS | * | |
| | * | SECTION M |
| CHRISTOPHER BREAUX; KAYLA ENGLISH; | * | Judge Ashe |
| TIMOTHY KENNEDY; ROLAND KINDELL; | * | |
| ARTHUR LAWSON; and JOHN DOE OFFICERS | * | MAGISTRATE 5 |
| OF THE GRETNA POLICE DEPARTMENT | * | Magistrate North |
| *    *    *    *    *    *    *    * | * | |

### STATUS REPORT ON BEHALF OF THE DEFENDANTS, CHRISTOPHER BREAUX, KAYLA ENGLISH, TIMOTHY KENNEDY, ROLAND KINDELL, AND ARTHUR LAWSON

MAY IT PLEASE THE COURT:

The defendants, CHRISTOPHER BREAUX, KAYLA ENGLISH, TIMOTHY KENNEDY, ROLAND KINDELL, AND ARTHUR LAWSON (collectively hereafter, "GRETNA"), present the following status report in accordance with this Court's Order and Reasons issued on October 14, 2021 (R. Doc. 36), requiring a thirty (30) day status report, with respect to the status of the on-going criminal proceedings against the plaintiff, Kevin Beauregard. The most recent activity in the criminal prosecution is detailed below.

On August 11, 2021, the Court conducted a hearing upon Mr. Beauregard's Motion to Quash. At the conclusion of the hearing, the Motion to Quash was denied by the trial court. A Court status hearing was set for October 13, 2021. [See attached Minute Entry, Ex. "A"].

On October 23, 2021, the defendant appeared with counsel who requested a continuance because defense counsel was waiting for a ruling upon his writ application to the Court of Appeal, Fifth Circuit (State).  Based upon the requested continuance by Mr. Beauregard's counsel, a new Court status conference was fixed for January 12, 2022.  [See attached Minute Entry, Ex. "B"].  At that time Mr. Beauregard was served with a subpoena to appear on January 12, 2022. [See attached Subpoena, Ex. "C"].

Therefore, the criminal case, *State of Louisiana v. Kevin Beauregard*, No. 20-02690 c/w 20-02983, 24TH Judicial District Court for the Parish of Jefferson, Division "J", is presently set for  Court status hearing on January 12, 2022.

On October 22, 2021, the Court of Appeal, Fifth Circuit (state) in *State of Louisiana v. Kevin Beauregard*, No. 21-K-635, denied Mr. Beauregard's writ application, affirming the District Court's denial of the Motion to Quash. [See Writ Denial, Ex. "D"].  Our recent conversation with the Assistant District Attorney is that defense counsel for Mr. Beauregard has not advised whether, or not, they will seek further review by the Louisiana Supreme Court.  The time delays for seeking further supervisory review has not yet expired.

Other than the potential of the filing of a writ to the Louisiana Supreme Court by the defendant, it is not expected that anything will occur prior to January 12, 2022, the date of the Court's next status hearing in these proceedings.

Counsel for the defendants herein has taken the liberty of providing the Court with the history of this prosecution as obtained from JeffNet which is the Clerk of Court's electronic record system for legal proceedings in the 24TH JDC. [See Docket

Printout, Ex. "E"]. This docket history appears to indicate that this matter has been continued a total of seven (7) times. Four of those times were by Motion of the Defendant/Defense counsel and three (3) of those times were by the Court. The Court's reasons were: (1) court closed due to COVID-19, (2) court conducting an open trial and (3) failure of Defense Counsel to appear.

If there is anything further the Court wishes at this time, we will gladly provide any additional information available to us.

Thank you for your kind attention and cooperation.

Respectfully submitted,

*/s/ Leonard L. Levenson*
**LEONARD L. LEVENSON, T.A. (#8675)**
**CHRISTIAN W. HELMKE (#29594)**
**DONNA R. BARRIOS (#32093)**
650 Poydras Street, Suite 2750
New Orleans, LA 70130
Telephone: (504) 586-0066
Facsimile: (504) 586-0079
E-mail: lenlawyer@aol.com
cwhelmke@gmail.com
dbarrios@bellsouth.net
ATTORNEYS FOR DEFENDANTS

### CERTIFICATE OF SERVICE

I HEREBY CERTIFY THAT ON THIS 8TH DAY OF NOVEMBER, 2021, I ELECTRONICALLY FILED THE FOREGOING PLEADING WITH THE CLERK OF COURT USING THE CM/ECF SYSTEM WHICH WILL AUTOMATICALLY SERVE NOTICE OF THE ELECTRONIC FILING TO ALL COUNSEL OF RECORD. I FURTHER CERTIFY THAT I MAILED THE FOREGOING PLEADING AND NOTICE OF ELECTRONIC FILING BY U.S. MAILS, FIRST CLASS, POSTAGE PREPAID AND PROPERLY ADDRESSED TO THE FOLLOWING NON-CM/ECF PARTICIPANTS:      N/A      .

*/S/ LEONARD L. LEVENSON*