# 24th Judicial District Court
## Parish of Jefferson - State of Louisiana

| | | | |
|---|---|---|---|
| State of Louisiana | | | |
| Versus | | Case Number: | 20-2690 |
| KEVIN BEAUREGARD | | Division: | J |
| DOB: | 05/28/1988 | Complaint: | E6032820 |
| Judge: | Stephen C. Grefer | Date: | 08/11/2021 |
| ADA: | Meredith Hearn | Court Reporter: | Shelley Sampey |

The Defendant, KEVIN BEAUREGARD, appeared before the bar of the Court this day for a motion hearing.

The Defendant was represented by AUBREY M. HARRIS via Zoom.

Motion to Quash - DENIED   (def obj noted)

Written notice given for the next proceeding, Court status hearing, on Wednesday, October 13, 2021 09:00 AM.

/s/Cherise Foret
_____
**Cherise Foret, Deputy Clerk**



Entry:                                                                                             Motion Hearing

# 24th Judicial District Court
## Parish of Jefferson - State of Louisiana

State of Louisiana  
    Versus  
**KEVIN BEAUREGARD**  
DOB: 05/28/1988  
Judge: Stephen C. Grefer  
ADA: Meredith Hearn  

Case Number: 20-2690  
Division: J  
Complaint: E6032820  
Date: 10/13/2021  
Court Reporter: Shelley Sampey  

The Defendant, KEVIN BEAUREGARD, appeared before the bar of the Court this day for a court status hearing.

The Defendant was represented by AUBREY M. HARRIS.

The court status hearing was ordered continued and re-set for Wednesday, January 12, 2022 09:00 AM.

The continuance was requested by the defense attorney.

The reason for the continuance is: Defense Attorney waiting for return on writ.

Written notice was given to the Defendant.

/s/Cherise Foret

**Cherise Foret, Deputy Clerk**



Entry:                          Continuance

## Subpoena

| | |
|---|---|
| No. 20-02690, 20-02983 | Office of Jon A. Gegenheimer  Clerk of Court |
| State of Louisiana<br>VS.<br>KEVIN BEAUREGARD | 24th Judicial District Court<br>State of Louisiana<br>Parish of Jefferson<br>Division J |

By order of the Court you,  **KEVIN BEAUREGARD**  , are to appear before the 24th Judicial District Court in and for the Parish of Jefferson on the **12th** day of **January** in the year of Our Lord **2022** at **9:00AM** for the purpose of **Court status hearing** as a **Defendant** in the above entitled matter.

This subpoena is served upon you by Deputy Clerk of Court,  Cherise Foret who attests that you have received it. No further notice of subpoena will be provided to you. If you fail to appear an attachment will be issued for your arrest and you may be fined or imprisoned for direct contempt of court.

200 Derbigny ST, Courthouse, Gretna, LA 70053

*Jon Gegenheimer*

Personal Service  10/13/2021

20-02690 Defendant Charges:
Class:2 RS 14:95.1 Felony CONVICTED FELON WITH A WEAPON
Class:3 RS 14:34.2.B Felony BATTERY/POLICE OFFICE-CUSTODY DOC

20-02983 Defendant Charges:
Class:4 RS 40:966.C Misd. MARIJUANA POSS (14.1 GRAMS TO 2.4 LBS)


EXHIBIT C

FILED 10/28/2021 09:32 PDF IMPORT

STATE OF LOUISIANA

VERSUS

KEVIN BEAUREGARD

NO. 21-K-635

FIFTH CIRCUIT

COURT OF APPEAL

STATE OF LOUISIANA

FIFTH CIRCUIT COURT OF APPEAL
A TRUE COPY OF DOCUMENTS AS
SAME APPEARS IN OUR RECORDS

Susan S. Buchholz
First Deputy, Clerk of Court

October 22, 2021

Susan Buchholz
First Deputy Clerk

IN RE KEVIN BEAUREGARD

APPLYING FOR SUPERVISORY WRIT FROM THE TWENTY-FOURTH JUDICIAL DISTRICT COURT, PARISH OF JEFFERSON, STATE OF LOUISIANA, DIRECTED TO THE HONORABLE STEPHEN C. GREFER, DIVISION "J", NUMBER 20-2983 & 20-2690

Panel composed of Judges Susan M. Chehardy,
Marc E. Johnson, and Stephen J. Windhorst

## WRIT DENIED

Defendant/relator, Kevin Beauregard, seeks review of the trial court's judgment denying his motion to quash. Defendant asserts that the motion to quash should be granted because a Gretna police officer stopped defendant and seized contraband in Orleans Parish, and, consequently, the officer and the court do not have jurisdiction over the case.

The motion to quash involves a Gretna police officer's traffic stop and citation of defendant because he did not have his lights illuminated, and the officer could not see his temporary tags. The Gretna officer first observed defendant in Jefferson Parish and followed him for roughly five or six blocks. The officer did not illuminate her lights until they reached an intersection that is the boundary between Jefferson and Orleans Parish at which point defendant was already in Orleans Parish. During the course of the stop, the officer discovered contraband and seized the evidence.



The Louisiana Supreme Court has held that an officer in close pursuit is authorized to leave his or her jurisdiction to make an investigatory stop, when the officer initiated the pursuit for the purpose of stopping while within his or her jurisdiction. State v. Bickham, 404 So.2d 929, 932 (La. 1981). The Louisiana Supreme Court recently reiterated this holding in State v. Gates, 13-1422 (La. 5/7/14), 145 So.3d 288, 304-05. This procedure furthers the spirit of the law which authorizes police officers to make temporary detentions. State v. Bickham, 404 So.2d at 932. In addition, the exclusion of reliable evidence obtained in an otherwise legal and good faith seizure does not serve the administration of justice or the purpose of the legislative directive of territorial responsibility. State v. Gates, 145 So.3d at 304-305.

Considering the facts of this case and the law on this issue, we find no error in the trial court's denial of defendant's motion to quash. We therefore deny this writ.

Gretna, Louisiana, this 22nd day of October, 2021.

                                      SJW
                                      SMC
                                      MEJ

SUSAN M. CHEHARDY
CHIEF JUDGE

FREDERICKA H. WICKER
JUDE G. GRAVOIS
MARC E. JOHNSON
ROBERT A. CHAISSON
STEPHEN J. WINDHORST
HANS J. LILJEBERG
JOHN J. MOLAISON, JR.

JUDGES



FIFTH CIRCUIT
101 DERBIGNY STREET (70053)
POST OFFICE BOX 489
GRETNA, LOUISIANA 70054
www.fifthcircuit.org

CURTIS B. PURSELL
CLERK OF COURT

NANCY F. VEGA
CHIEF DEPUTY CLERK

SUSAN S. BUCHHOLZ
FIRST DEPUTY CLERK

MELISSA C. LEDET
DIRECTOR OF CENTRAL STAFF

(504) 376-1400
(504) 376-1498 FAX

## NOTICE OF DISPOSITION CERTIFICATE OF DELIVERY

I CERTIFY THAT A COPY OF THE DISPOSITION IN THE FOREGOING MATTER HAS BEEN TRANSMITTED IN ACCORDANCE WITH **UNIFORM RULES - COURT OF APPEAL, RULE 4-6** THIS DAY **10/22/2021** TO THE TRIAL JUDGE, THE TRIAL COURT CLERK OF COURT, AND AT LEAST ONE OF THE COUNSEL OF RECORD FOR EACH PARTY, AND TO EACH PARTY NOT REPRESENTED BY COUNSEL, AS LISTED BELOW:

21-K-635

CURTIS B. PURSELL
CLERK OF COURT

**E-NOTIFIED**
24th Judicial District Court (Clerk)
Honorable Stephen C. Grefer (DISTRICT JUDGE)
Thomas J. Butler (Respondent)
Aubrey Harris (Relator)

**MAILED**

**CASE:** 20-02690    **STATE vs KEVIN BEAUREGARD**
**File Date:** 05/28/2020    **Close Date:** OPEN    **Div:** J
**Defendant #1:** KEVIN BEAUREGARD **Class:** 2    **DA Case Nbr:** 51543456

### ADDRESS

| | |
|---|---|
| Name: | KEVIN BEAUREGARD |
| Address: | 550 SECOND STREET |
| | HARVEY LA 70058 |
| Phone1: | 5042090489 |
| Phone2: | |
| SSN: | |
| DOB: | 05/28/1988 |
| Race/Sex: | B/M |

| | |
|---|---|
| SID: | 2570803 |
| DL: | |
| CCN: | 1000271810 |
| B of I: | |

### CHARGES

| Item NBR | Count | Statute | Type | Class | Description | Charge | Disp DT | Disposition |
|---|---|---|---|---|---|---|---|---|
| E6032820 | 1 | 14:95.1 | F | 2 | CONVICTED FELON WITH A WEAPON | - A FIREARM | | |
| E6032820 | 2 | 14:34.2.B | F | 3 | BATTERY/POLICE OFFICE-CUSTODY DOC | | | |

### BONDS

| Number | Type | Released | Status | Amount | Power of Atty | Appeal Bond |
|---|---|---|---|---|---|---|
| 608889 | Commercial (09); | 05/15/2020 | | 75,000.00 | PSC 105-829722 | |
| 608892 | Prison overcrowding (25); | 05/15/2020 | | 1,000.00 | | |

### MOTIONS

| By | Motion | Disposition | Date |
|---|---|---|---|
| Defense Attorney | Other motion; Motion for Discovery, Request to for Motions | | |
| Defense Attorney | Preserve Evidence; | | |
| Defense Attorney | Omnibus Motion and Order for Pre-Trial Motions; | | |
| Defense Attorney | Suppress evidence; | | |
| Defense Attorney | Continue; | | |
| Defense Attorney | Enroll as counsel; | | |
| Assistant DA | Subpoena Duces Tecum; | | |
| Defense Attorney | Other motion; Motion for Supplemental Discovery | | |
| Assistant DA | State`s Witness List; | | |
| Defense Attorney | Reduce bond; | | |
| Defense Attorney | Preliminary Hearing; | | |

### CALENDAR

| DocketDT | ScheduleDT | Clerk | Description |
|---|---|---|---|
| 10/13/2021 | 01/12/2022 | CTF | Court Status Hearing: - (W/N) |
| 08/11/2021 | 10/13/2021 | CTF | Court Status Hearing: - (W/N) |
| 07/21/2021 | 08/11/2021 | CTF | Motion hearing: - (W/N) Motion to Quash |
| 06/02/2021 | 07/21/2021 | CTF | Motion hearing: - (W/N) |
| 06/02/2021 | 06/02/2021 | CTF | Plea Status Hearing: - (W/N) |
| 04/28/2021 | 05/10/2021 | CTF | Plea Status Hearing: - (W/N) |
| 04/21/2021 | 04/28/2021 | CTF | Court Status Hearing: - (W/N) |
| 03/15/2021 | 04/21/2021 | CTF | Court Status Hearing: - (W/N) |
| 02/08/2021 | 03/15/2021 | CTF | Discovery Status Hearing: - (W/N) Motion to Seal Notice of Additional Information to be heard. |
| 03/08/2021 | 03/11/2021 | CTF | Pre-trial conference: |
| 01/05/2021 | 02/08/2021 | CTF | Discovery Status Hearing: - (W/N) |
| 01/05/2021 | 01/05/2021 | CTF | Plea Status Hearing: - (W/N) |
| 12/03/2020 | 12/16/2020 | CTF | Court Status Hearing: - (W/N) |
| 12/10/2020 | 12/10/2020 | CTF | Pre-trial conference: |
| 11/12/2020 | 12/03/2020 | CTF | Court Status Hearing: - (W/N) |
| 10/08/2020 | 11/12/2020 | CTF | Court Status Hearing: - (W/N) |


EXHIBIT E

| | | | |
|---|---|---|---|
| 09/09/2020 | 10/08/2020 | CTF | Discovery Status Hearing: - (W/N) |
| 08/19/2020 | 09/09/2020 | KRAY | Status Hearing: Status hearing set Wednesday, September 9, 2020 |
| 05/29/2020 | 05/29/2020 | SC1 | Motion for Bond Reduction: |

### MINUTE BOOK

| DocketDT | ScheduleDT | Clerk | Description |
|---|---|---|---|
| 10/22/2021 | 10/22/2021 | NKC | Case active: Fifth Circuit Case #21-K-635 - Writ Denied |
| 10/13/2021 | 01/12/2022 | CTF | Court Status Hearing: - (W/N) |
| 10/13/2021 | 10/13/2021 | CTF | Docket minute: Written notice given to the Defendant |
| 10/13/2021 | 10/13/2021 | CTF | Docket minute: continuance: Requested by the defense attorney. reason: Defense Attorney waiting for return on writ. |
| 08/11/2021 | 10/13/2021 | CTF | Court Status Hearing: - (W/N) |
| 08/11/2021 | 08/11/2021 | CTF | Docket minute: Written notice given to the Defendant |
| 08/11/2021 | 08/11/2021 | CTF | Docket minute: Motion to Quash - DENIED (def obj noted) |
| 07/21/2021 | 08/11/2021 | CTF | Motion hearing: - (W/N) Motion to Quash |
| 07/21/2021 | 07/21/2021 | CTF | Docket minute: Written notice given to the Defendant |
| 07/21/2021 | 07/21/2021 | CTF | Docket minute: continuance: Requested by the defense attorney. reason: No reason given |
| 06/11/2021 | 06/11/2021 | OEF | Motions: Discovery Receipt and Stipulation for Reciprocal Inventory (Discovery Receipt and Stip for Rec Inv) |
| 06/11/2021 | 06/11/2021 | OEF | Motions: Discovery Receipt and Stipulation for Reciprocal Inventory (Discovery Receipt and Stip for Rec Inv) |
| 06/11/2021 | 06/11/2021 | OEF | Motions: Discovery Receipt and Stipulation for Reciprocal Inventory (Discovery Receipt and Stip for Rec Inv) |
| 06/07/2021 | 06/07/2021 | OEF | Motions: Discovery Receipt and Stipulation for Reciprocal Inventory (Discovery Receipt and Stip for Rec Inv) |
| 06/02/2021 | 06/02/2021 | CTF | Plea Status Hearing: - (W/N) |
| 06/02/2021 | 07/21/2021 | CTF | Motion hearing: - (W/N) |
| 06/02/2021 | 06/02/2021 | CTF | Docket minute: Written notice given to the Defendant |
| 06/02/2021 | 06/02/2021 | CTF | Docket minute: a general hearing |
| 05/10/2021 | 05/10/2021 | CTF | Docket minute: Written notice given to the Defendant |
| 05/10/2021 | 05/10/2021 | CTF | Docket minute: continuance: Requested by the defense attorney. reason: Defense Attorney was not present. |
| 05/07/2021 | 05/07/2021 | HNR | Motions: Motions Filed - , Suppress evidence , Omnibus Motion and Order for Pre-Trial Motions , Preserve Evidence , Motion for Discovery, Request to for Motions |
| 05/07/2021 | 05/07/2021 | HNR | Motions: Motions Filed (SIGNED) - , Continue |
| 05/07/2021 | 05/07/2021 | HNR | Motions: Motions Filed (SIGNED and SERVED DA May 10 2021 11:30AM) - , Enroll as counsel (DA Received: achapman May 14, 2021) |
| 05/03/2021 | 05/03/2021 | OEF | Motions: Discovery Receipt and Stipulation for Reciprocal Inventory (Discovery Receipt and Stip for Rec Inv) |
| 04/28/2021 | 05/10/2021 | CTF | Plea Status Hearing: - (W/N) |
| 04/28/2021 | 04/28/2021 | CTF | Docket minute: Written notice given to the Defendant |
| 04/28/2021 | 04/28/2021 | CTF | Docket minute: a general hearing |
| 04/28/2021 | 04/28/2021 | CTF | Docket minute: Defendant's Oral Motion for a Change of Venue - DENIED |
| 04/21/2021 | 04/28/2021 | CTF | Court Status Hearing: - (W/N) |
| 04/21/2021 | 04/21/2021 | CTF | Docket minute: Written notice given to the Defendant |
| 04/21/2021 | 04/21/2021 | CTF | Docket minute: continuance: Requested by the Court. reason: In the process of a Trial. |
| 03/30/2021 | 03/30/2021 | OEF | Motions: Discovery Receipt and Stipulation for Reciprocal Inventory (Discovery Receipt and Stip for Rec Inv) |
| 03/15/2021 | 04/21/2021 | CTF | Court Status Hearing: - (W/N) |
| 03/15/2021 | 03/15/2021 | CTF | Docket minute: Written notice given to the Defendant |
| 03/15/2021 | 03/15/2021 | CTF | Docket minute: a general hearing |
| 03/08/2021 | 03/11/2021 | CTF | Pre-trial conference: |
| 02/08/2021 | 03/15/2021 | CTF | Discovery Status Hearing: - (W/N) Motion to Seal Notice of Additional Information to be heard. |
| 02/08/2021 | 02/08/2021 | CTF | Docket minute: Written notice given to the Defendant |
| 02/08/2021 | 02/08/2021 | CTF | Docket minute: a general hearing |
| 02/02/2021 | 02/02/2021 | DH1 | Case active: Motion To Seal Signed (DOCUMENT UNDER SEAL) |
| 02/02/2021 | 02/02/2021 | DH1 | Case active: Notice Of Additional Information (DOCUMENT UNDER SEAL) |
| 01/27/2021 | 01/27/2021 | JMP | Motions: Motions Filed (SIGNED) (ISSUED: 01/29/2021 11:42:23) - , Subpoena Duces Tecum |
| 01/19/2021 | 01/19/2021 | CTF | Case active: Letter from Defendant (SIGNED and SERVED DA Jan 19 2021 12:16PM) (DA Received: achapman Jan 22, 2021) |
| 01/05/2021 | 01/05/2021 | CTF | Plea Status Hearing: - (W/N) |

| | | | |
|---|---|---|---|
| 01/05/2021 | 02/08/2021 | CTF | Discovery Status Hearing: - (W/N) |
| 01/05/2021 | 01/05/2021 | CTF | Docket minute: Written notice given to the Defendant |
| 01/05/2021 | 01/05/2021 | CTF | Docket minute: a general hearing |
| 12/30/2020 | 12/30/2020 | OEF | Case active: Motion for Supplemental Discovery (SIGNED and SERVED DA Jan 6 2021 3:46PM) - , Motion for Supplemental Discovery (DA Received: achapman Jan 07, 2021) |
| 12/16/2020 | 12/16/2020 | SRW | Docket minute: Written notice given to the Defendant |
| 12/16/2020 | 12/16/2020 | CTF | Docket minute: continuance: Requested by the Court. reason: Courthouse was closed due to COVID. |
| 12/10/2020 | 12/10/2020 | CTF | Pre-trial conference: |
| 12/03/2020 | 12/16/2020 | CTF | Court Status Hearing: - (W/N) |
| 12/03/2020 | 12/03/2020 | CTF | Docket minute: Written notice given to the Defendant |
| 12/03/2020 | 12/03/2020 | CTF | Docket minute: continuance: Requested by the defense attorney. reason: No reason given |
| 11/12/2020 | 12/03/2020 | CTF | Court Status Hearing: - (W/N) |
| 11/12/2020 | 11/12/2020 | NMA | Docket minute: Written notice given to the Defendant |
| 11/12/2020 | 11/12/2020 | CTF | Docket minute: continuance: Requested by the Court. reason: Defense Attorney not present today. |
| 10/08/2020 | 11/12/2020 | CTF | Court Status Hearing: - (W/N) |
| 10/08/2020 | 10/08/2020 | CTF | Docket minute: Written notice given to the Defendant |
| 10/08/2020 | 10/08/2020 | CTF | Docket minute: a general hearing |
| 10/06/2020 | 10/06/2020 | calliek | Probable Cause Affidavit |
| 09/14/2020 | 09/14/2020 | OEF | Motions: Discovery Receipt and Stipulation for Reciprocal Inventory (Discovery Receipt and Stip for Rec Inv) |
| 09/09/2020 | 10/08/2020 | CTF | Discovery Status Hearing: - (W/N) |
| 09/09/2020 | 09/09/2020 | CTF | Docket minute: Written notice given to the Defendant |
| 09/09/2020 | 09/09/2020 | CTF | Docket minute: a general hearing |
| 09/09/2020 | 09/09/2020 | CTF | Docket minute: Declaration of Address Change by the Defendant Filed in Open Court. |
| 09/03/2020 | 09/03/2020 | SYS | Case active: IDB REQUEST FOR APPT OF COUNSEL FILED |
| 08/19/2020 | 09/09/2020 | KRAY | Status Hearing: Status hearing set Wednesday, September 9, 2020 |
| 08/19/2020 | 08/19/2020 | LWJ | Docket minute: Written notice given to the Defendant |
| 08/19/2020 | 08/19/2020 | KRAY | Docket minute: arraignment |
| 08/19/2020 | 08/19/2020 | KRAY | Plea: Plea NOT GUILTY |
| 08/19/2020 | 08/19/2020 | KRAY | Docket minute: The Court ordered a PDO appointed attorney. |
| 08/19/2020 | 08/19/2020 | KRAY | Docket minute: Oral notice was given to the Defendant. |
| 06/10/2020 | 06/10/2020 | SRF | Motions: Motions Filed - , State`s Witness List |
| 05/29/2020 | 05/29/2020 | SC1 | Motion for Bond Reduction: |
| 05/29/2020 | 05/29/2020 | SC1 | Docket minute: a general hearing |
| 05/28/2020 | 05/28/2020 | HTS | Docket minute: Bill Filed - Case re-allotted - To Division J Judge Stephen C. Grefer |
| 05/28/2020 | 05/28/2020 | HTS | Charge: Cnt 2 Item E6032820 RS 14:34.2.B |
| 05/28/2020 | 05/28/2020 | HTS | Charge: Cnt 1 Item E6032820 RS 14:95.1 |
| 05/08/2020 | 05/08/2020 | OEF | Case active: MOTIONS AND ORDER E-FILED (SIGNED and SERVED DA May 14 2020 7:23AM) - , Preliminary Hearing (DA Received: nshaw May 19, 2020) |
| 05/08/2020 | 05/08/2020 | OEF | Case active: MOTION TO REDUCE BOND - COVID-19 (SIGNED and SERVED DA May 14 2020 7:23AM) - , Reduce bond (DA Received: bvillalo May 14, 2020) |
| 05/08/2020 | 05/08/2020 | CBL | Docket minute: Documents associated with this case are available in digital and microphotographic format only. |

**PARTIES**

| PartyType | Name | Address | City | State | Zip |
|---|---|---|---|---|---|
| Attorney | AUBREY M HARRIS | 848 2ND ST 3RD FLOOR | GRETNA | LA | 70053 |
| Witness | CHRISTOPHER BREAUX | | | | |
| Witness | DUSTON COSTA | | | | |
| Witness | ROLAND KINDELL | | | | |

**SUBPOENAS**

| Schedule | Printed | Hearing | Type | SVC | Date | Party | Name |
|---|---|---|---|---|---|---|---|
| 01/12/2022 | 10/13/2021 | CTSTAT | Subpoena | P | 10/13/2021 | DEF | KEVIN BEAUREGARD |
| 10/13/2021 | 08/11/2021 | CTSTAT | Subpoena | P | 08/11/2021 | DEF | KEVIN BEAUREGARD |
| 08/11/2021 | 07/21/2021 | MOT | Subpoena | P | 07/21/2021 | DEF | KEVIN BEAUREGARD |

| | | | | | | | | |
|---|---|---|---|---|---|---|---|---|
| 📄 | 07/21/2021 | 06/03/2021 | MOT | Subpoena | O | 06/09/2021 | WTS | CHRISTOPHER BREAUX |
| 📄 | 07/21/2021 | 06/03/2021 | MOT | Subpoena | P | 06/09/2021 | WTS | DUSTON COSTA |
| 📄 | 07/21/2021 | 06/03/2021 | MOT | Subpoena | O | 06/09/2021 | WTS | ROLAND KINDELL |
| 📄 | 07/21/2021 | 06/02/2021 | CTSTAT | Subpoena | P | 06/02/2021 | DEF | KEVIN BEAUREGARD |
| 📄 | 06/02/2021 | 05/10/2021 | PLSTAT | Subpoena | P | 05/10/2021 | DEF | KEVIN BEAUREGARD |
| 📄 | 05/10/2021 | 04/28/2021 | PLSTAT | Subpoena | P | 04/28/2021 | DEF | KEVIN BEAUREGARD |
| 📄 | 04/28/2021 | 04/21/2021 | CTSTAT | Subpoena | P | 04/21/2021 | DEF | KEVIN BEAUREGARD |
| 📄 | 04/21/2021 | 03/15/2021 | CTSTAT | Subpoena | P | 03/15/2021 | DEF | KEVIN BEAUREGARD |
| 📄 | 03/15/2021 | 02/08/2021 | DST | Subpoena | P | 02/08/2021 | DEF | KEVIN BEAUREGARD |
| 📄 | 02/08/2021 | 01/05/2021 | DST | Subpoena | P | 01/05/2021 | DEF | KEVIN BEAUREGARD |
| 📄 | 01/05/2021 | 12/16/2020 | CTSTAT | Subpoena | P | 12/16/2020 | DEF | KEVIN BEAUREGARD |
| 📄 | 12/16/2020 | 12/03/2020 | CTSTAT | Subpoena | P | 12/03/2020 | DEF | KEVIN BEAUREGARD |
| 📄 | 12/03/2020 | 11/12/2020 | CTSTAT | Subpoena | P | 11/12/2020 | DEF | KEVIN BEAUREGARD |
| 📄 | 11/12/2020 | 10/08/2020 | CTSTAT | Subpoena | P | 10/08/2020 | DEF | KEVIN BEAUREGARD |
| 📄 | 10/08/2020 | 09/09/2020 | DST | Subpoena | P | 09/09/2020 | DEF | KEVIN BEAUREGARD |
| 📄 | 09/09/2020 | 08/19/2020 | OTH | Subpoena | P | 08/19/2020 | DEF | KEVIN BEAUREGARD |

**OTHER CASES**

| Case Nbr | DA Case Nbr | File DT | Class | Close DT | State vs |
|---|---|---|---|---|---|
| 2002983 | 51544070 | 05/28/2020 | 4 | null | Kevin Beauregard |