# UNITED STATES DISTRICT COURT
# EASTERN DISTRICT OF LOUISIANA

| | |
|---|---|
| KEVIN BEAUREGARD,<br><br>    Plaintiff,<br><br>vs.<br><br>CHRISTOPHER BREAUX; KAYLA ENGLISH; TIMOTHY KENNEDY; ROLAND KINDELL; ARTHUR LAWSON; and JOHN DOE OFFICERS OF THE GRETNA POLICE DEPARTMENT,<br><br>    Defendants. | Civil Action No. 2:21-cv-00868-BWA-MBN<br><br>SECTION M<br>Judge Barry W. Ashe<br><br>MAGISTRATE 5<br>Magistrate Judge Michael North |

## STATUS REPORT ON BEHALF OF PLAINTIFF KEVIN BEAUREGARD

Plaintiff Kevin Beauregard, through undersigned counsel, respectfully submits this status report to provide an update on Mr. Beauregard's criminal proceedings, in accordance with the Court's December 3, 2021 Order, R. Doc. 42.

As described in Defendants' status report, Mr. Beauregard's criminal case is set for a status hearing on January 12, 2022, and the exhibits to Defendants' prior-filed status report provide additional details on the case. R. Docs. 37, 37-1. In addition, Mr. Beauregard's counsel in the criminal proceeding has filed an application for supervisory and/or remedial writs with the Louisiana Supreme Court seeking supervisory review of an order denying a Motion to Quash. The application remains pending.

If there are any updates to Mr. Beauregard's case following the January 2022 hearing that may affect the stay in this case, Mr. Beauregard will promptly inform the Court.

Dated: January 3, 2022

                                                  */s/ Katherine W. Gamsey*
                                                  Katherine W. Gamsey (admitted *pro hac vice*)
                                                  Katie.Gamsey@alston.com
                                                  ALSTON & BIRD LLP
                                                  1201 West Peachtree Street

Suite 4900
Atlanta, GA 30309
(t) 404.881.7000

Stephanie L. Willis
LA. Bar No. 31834
swillis@laaclu.org
Nora S. Ahmed (admitted *pro hac vice*)
nahmed@laaclu.org
ACLU FOUNDATION OF LOUISIANA
P.O. Box 56157
New Orleans, LA 70156
(t) 504.522.0628

Nicholas S. Davis (admitted *pro hac vice*)
Nick.Davis@alston.com
ALSTON & BIRD LLP
3700 Hulen Street
Suite 150
Fort Worth, TX 76107
(t) 214.922.3400

Ashley De Vance (admitted *pro hac vice*)
Ashley.DeVance@alston.com
ALSTON & BIRD LLP
333 South Hope Street
16th Floor
Los Angeles, CA 90071
(t) 213.576.1000

Sara Miller (admitted *pro hac vice*)
Sara.Miller@alston.com
ALSTON & BIRD LLP
101 South Tryon Street
Suite 4000
Charlotte, NC 28280-4000
(t) 704.444.1000

*Counsel for Plaintiff Kevin Beauregard*

## CERTIFICATE OF SERVICE

I hereby certify that on January 3, 2022, I caused the foregoing to be served on counsel for Defendants via the Court's CM/ECF system.

*/s/ Katherine Gamsey*
*Attorney for Mr. Beauregard*