UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

| | |
|---|---|
| KEVIN BEAUREGARD | CIVIL ACTION |
| VERSUS | NO. 21-868 |
| CHRISTOPHER BREAUX, et al. | SECTION M (5) |

## ORDER

Considering the plaintiff's motion to withdraw as counsel of record (R. Doc. 49),

IT IS ORDERED that the motion is GRANTED and that Katherine W. Gamsey is withdrawn as counsel of record for plaintiff Kevin Beauregard.

IT IS FURTHER ORDERED that Stephani L. Willis, Nora S. Ahmed, Nicholas S. Davis, and Ashley De Vance remain counsel of record for plaintiff Kevin Beauregard.

New Orleans, Louisiana, this 13th day of April, 2022.

_____
BARRY W. ASHE
UNITED STATES DISTRICT JUDGE