UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF LOUISIANA

| | | |
|---|---|---|
| KEVIN BEAUREGARD | * | CIVIL ACTION |
| | * | |
| | * | NUMBER 21-cv-0868 |
| VERSUS | * | |
| | * | SECTION M |
| CHRISTOPHER BREAUX; KAYLA ENGLISH; | * | Judge Ashe |
| TIMOTHY KENNEDY; ROLAND KINDELL; | * | |
| ARTHUR LAWSON; and JOHN DOE OFFICERS | * | MAGISTRATE 5 |
| OF THE GRETNA POLICE DEPARTMENT | * | Magistrate North |
| * * * * * * * * * | | |

### STATUS REPORT ON BEHALF OF DEFENDANTS, CHRISTOPHER BREAUX, KAYLA ENGLISH, TIMOTHY KENNEDY, ROLAND KINDELL, AND ARTHUR LAWSON

MAY IT PLEASE THE COURT:

The defendants, CHRISTOPHER BREAUX, KAYLA ENGLISH, TIMOTHY KENNEDY, ROLAND KINDELL, AND ARTHUR LAWSON (collectively hereafter, "GRETNA") present the following status report regarding the criminal proceeding against the plaintiff, KEVIN BEAUREGARD ("BEAUREGARD") as ordered by this Court at R. Doc. No. 48.

As this Court is aware, this litigation was instituted on behalf of the plaintiff against GRETNA for alleged constitutional and civil rights violations, including excessive force, (which are denied).

Due to the on-going criminal prosecution of the plaintiff, KEVIN BEAUREGARD for charges of La. R.S. 14:95.1 [Felon in Possession of a Firearm]; La. R.S. 14:34

[Battery of a Police Officer]; and La. R.S. 40:966.C [Possession of Marijuana 14.1 grams to 2.4 lbs], GRETNA previously moved to stay these proceedings. Since that time this Court has extended the stay order on two separate occasions, most recently on April 8, 2022. (R. Doc. No. 48). In its motion recent Motion to Extend Stay, GRETNA confirmed that on February 23, 2022, a status hearing was held in that proceeding and a sanity hearing regarding BEAUREGARD'S competency was scheduled for April 13, 2022 and a trial date of May 23, 2022 was selected. (Exhibit "A").

In response to this Court's request for a status report, it is submitted by GRETNA that on April 13, 2022, BEAUREGARD appeared in court for his scheduled competency hearing. However, on that date he appeared without counsel. As a result, the May 23, 2022 trial date was converted to a competency hearing and BEAUREGARD was given written notice to appear on that date. On that date the Court also ordered the appointment of the Public Defender's Office to represent BEAUREGAD.[1] The criminal proceeding remains pending, and a competency hearing remains scheduled for May, 23, 2022.

---

[1] As stated in Gretna's prior Motion to Extend Stay, BEAUREGARD'S prior criminal counsel was a member of the Public Defender's Office, and had withdrawn from BEAUREGARD'S representation in the criminal proceeding stating that "communication has broken down between client and counsel to an irreparable place" and because BEAUREGARD "has threatened to sue counsel regarding this case which would cause a conflict of interest." (R. Doc. No. 45).

Respectfully submitted,

*/s/ Leonard L. Levenson*
LEONARD L. LEVENSON, T.A. (#8675)
CHRISTIAN W. HELMKE (#29594)
DONNA R. BARRIOS (#32093)
650 Poydras Street, Suite 2750
New Orleans, LA 70130
Telephone:  (504) 586-0066
Facsimile:    (504) 586-0079
E-mail:         lenlawyer@aol.com
                    cwhelmke@gmail.com
                    dbarrios@bellsouth.net
ATTORNEYS FOR DEFENDANTS

### CERTIFICATE OF SERVICE

I HEREBY CERTIFY THAT ON THIS 2ND DAY OF MAY, 2022, I ELECTRONICALLY FILED THE FOREGOING PLEADING WITH THE CLERK OF COURT USING THE CM/ECF SYSTEM WHICH WILL AUTOMATICALLY SERVE NOTICE OF THE ELECTRONIC FILING TO ALL COUNSEL OF RECORD. I FURTHER CERTIFY THAT I MAILED THE FOREGOING PLEADING AND NOTICE OF ELECTRONIC FILING BY U.S. MAILS, FIRST CLASS, POSTAGE PREPAID AND PROPERLY ADDRESSED TO THE FOLLOWING NON-CM/ECF PARTICIPANTS: _____N/A_____.

/S/ LEONARD L. LEVENSON