# 24th Judicial District Court
## Parish of Jefferson - State of Louisiana

State of Louisiana
    Versus
Kevin Beauregard

| | | | |
|---|---|---|---|
| DOB: | 05/28/1988 | Case Number: | 20-2983 |
| Judge: | Stephen C. Grefer | Division: | J |
| ADA: | Tucker H. Wimberly | Complaint: | E6032820 |
| | | Date: | 04/13/2022 |
| | | Court Reporter: | Shelley Sampey |

The Defendant, Kevin Beauregard, appeared before the bar of the Court this day for a competency hearing.

The Defendant was not represented by counsel.

Written notice given for the next proceeding, Competency hearing, on Monday, May 23, 2022 09:00 AM.

The Court ordered the appointment of a PDO.

Trial set for Monday, May 23, 2022 has been converted to a Competency hearing.


/s/Cherise Foret
_____
**Cherise Foret, Deputy Clerk**


EXHIBIT "A"

Entry:

Competency