UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

| | |
|---|---|
| KEVIN BEAUREGARD | CIVIL ACTION |
| VERSUS | NO. 21-868 |
| CHRISTOPHER BREAUX, *et al.* | SECTION M (5) |

## ORDER

Considering the *ex parte* motion by defendants Christopher Breaux, Kayla English, Timothy Kennedy, Roland Kindell, and Arthur Lawson (collectively, "Defendants") to extend the stay of this case because the state-court criminal proceeding against plaintiff Kevin Beauregard is ongoing, Beauregard has been found incompetent in that proceeding, and another competency hearing has been scheduled for March 22, 2023 (R. Doc. 69),

IT IS ORDERED that Defendants' motion to extend the stay (R. Doc. 69) is GRANTED. This case is stayed for an additional 60 days until April 15, 2023. The parties must file status reports regarding the criminal proceeding 30 days after the date of this order. Either party may seek an extension of the stay prior to its expiration on a showing of good cause. Either party may move to lift the stay if the criminal case is resolved before the 60 days expires.

New Orleans, Louisiana, this 14th day of February, 2023.

_____
BARRY W. ASHE
UNITED STATES DISTRICT JUDGE