UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

KEVIN BEAUREGARD                                            CIVIL ACTION

VERSUS                                                      NO. 21-868

CHRISTOPHER BREAUX, *et al.*                                SECTION M (5)

## ORDER

Considering the motion of defendants Christopher Breaux, Kayla English, Timothy Kennedy, Roland Kindell, and Arthur Lawson to extend stay of proceedings (R. Doc. 82),

IT IS ORDERED that the motion is GRANTED.

IT IS FURTHER ORDERED that the stay of this proceeding be extended for an additional 60 days from August 15, 2023, or until October 16, 2023.  Either party may move to extend the stay upon showing of good cause.

New Orleans, Louisiana, this 14th day of August, 2023.

BARRY W. ASHE
UNITED STATES DISTRICT JUDGE