UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

| | |
|---|---|
| KEVIN BEAUREGARD | CIVIL ACTION |
| VERSUS | NO. 21-868 |
| CHRISTOPHER BREAUX, *et al.* | SECTION M (3) |

### ORDER

Considering the *ex parte* motion of defendants Christopher Breaux, Kayla English, Timothy Kennedy, Roland Kindell, and Arthur Lawson to extend the stay of proceedings (R. Doc. 101),

IT IS ORDERED that the motion is GRANTED.

IT IS FURTHER ORDERED that the captioned matter is stayed for an additional 60 days from August 14, 2024, to October 14, 2024.  Any party may move to lift or extend the stay upon showing of good cause.

New Orleans, Louisiana, this 9th day of August, 2024.

_____
BARRY W. ASHE
UNITED STATES DISTRICT JUDGE