UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

KEVIN BEAUREGARD                                     CIVIL ACTION

VERSUS                                                        NO. 21-868

CHRISTOPHER BREAUX, *et al.*                    SECTION M (3)

## ORDER

Considering the motion of defendants Christopher Breaux, Kalya English, Timothy Kennedy, Roland Kindell, and Arthur Lawson to extend the stay of proceedings (R. Doc. 103),

IT IS ORDERED that the motion is GRANTED.

IT IS FURTHER ORDERED that the stay of proceedings is extended for an additional 60 days, or until December 15, 2024.  Any party may move to extend this stay upon a showing of good cause.

New Orleans, Louisiana, this 8th day of October, 2024.

_____
BARRY W. ASHE
UNITED STATES DISTRICT JUDGE